UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In the Matter of:
HOFFMAN, MARK A                                      Case No. 10-49132 SWR
                                                     Chapter 7
                                                     HON. Steven W. Rhodes

                Debtor(s).              /

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

      The attached checks represent the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The name(s) and address(es) of the party(ies) entitled to these unclaimed dividends is (are) as follows:

| Creditor Name | Claim No. | Dividend |
|---|---|---|
| Vativ Recovery Solutions, LLC<br>As agent for Palisades Acquisition XVI L<br>POBox 19249<br>Sugar Land, TX 77496 | 5 | $203.58 |
| | **TOTAL** | **$203.58** |

Dated: March 16, 2011
                                              /s/ Timothy J. Miller
                                              Timothy J. Miller, Trustee
                                              64541 Van Dyke, Suite 101B
                                              Washington Township, MI 48095
                                              (586) 281-3764
                                              tmiller@schneidermiller.com